FILED

DEC - 3 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 01-D-992-N |
| | ) | (Three-Judge Court) |
| STATE OF ALABAMA; DON SIEGELMAN, in his official capacity as Governor of the State of Alabama; BILL PRYOR, in his official capacity as Attorney General of the State of Alabama; JIM BENNETT, in his official capacity as Secretary of the State of Alabama; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GONZALO FITCH MONTIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 01-D-1376-N |
| | ) | (Three-Judge Court) |
| DON DAVIS, in his official capacity as Probate Judge of Mobile County, Alabama; ADRIAN JOHNS, in his official capacity as Probate Judge of Baldwin County, Alabama; JOHN H. ARMSTRONG, in his official capacity as Probate Judge of Washington County, Alabama; MARY PRESNELL, in her official capacity as Probate Judge of Clarke County, Alabama; OTHA LEE BIGGS, in his official capacity as Probate Judge of Monroe County, Alabama; RACHEL AGERTON, in her official capacity as Probate Judge of Escambia County, Alabama; JAMES BENNETT, in his official capacity as Secretary of State of the State of Alabama; STEVE WINDOM, in his official capacity as Lieutenant Governor of the State of Alabama; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

63

KEN GUIN, individually and in his official )
capacity as House Majority Leader of the )
Alabama Legislature; ANDREW HAYDEN, )
individually and in his official capacity as )
Chair of the Alabama Legislative Black )
Caucus; and DON SIEGELMAN, in his )
official capacity as Governor of the State of )
Alabama. )
)
      Defendants-Intervenors. )

---

LES BARNETT, TERRY LATHAN, and )
PERCY JOHNSON, )
)
      Plaintiffs, )
)
vs. )      CIVIL ACTION 01-D-1377-N
)      (Three-Judge Court)
STATE OF ALABAMA; DON SIEGELMAN, )
in his official capacity as Governor of the State )
of Alabama; STEVE WINDOM, in his official )
capacity as Lieutenant Governor of the State of )
Alabama; SETH HAMETT, in his official )
capacity as Speaker of the Alabama House of )
Representatives; JIM BENNETT, in his official )
capacity as Secretary of State of the State of )
Alabama; BILL PRYOR, in his official )
capacity as Attorney General of the State of )
Alabama; DON DAVIS, Probate Judge of )
Mobile County, Alabama; JOHN W. JONES, )
JR., in his official capacity as Probate Judge of )
Dallas County, Alabama; ADRIAN T. JOHNS, )
in his official capacity as Probate Judge of )
Baldwin County, Alabama; LELAND )
AVERY, in his official capacity as Probate )
Judge of Hale County, Alabama; CINDY D. )
NEILSON, in her official capacity as Probate )
Judge of Marengo County, Alabama; DONALD )
R. COOK, in his official capacity as Probate )
Judge of Perry County, Alabama; JERRY )
BOGGAN, in his official capacity as Probate )
Judge of Wilcox County, Alabama; MICHAEL )
W. ARMISTEAD, in his official capacity as )
Probate Judge of Choctaw County, Alabama; )

| | |
|---|---|
| BECKY PRESNALL, in her official capacity as Probate Judge of Clarke County, Alabama; ROGENE BOOKER, in his official capacity as Probate Judge of Conecuh County, Alabama; RACHEL AGERTON, in her official capacity as Probate Judge of Escambia County, Alabama; OTHA LEE BIGGS, in his official capacity as Probate Judge of Monroe County, Alabama; JOHN H. ARMSTRONG, in his official capacity as Probate Judge of Washington County, Alabama; | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the court are the Motions to Consolidate filed in each of the above-styled cases on November 28, 2001 by all Defendants except Governor Don Siegelman. It appearing to the Three-Judge Court that these actions involve common questions of law and fact and that it will be in the best interest of all concerned for these cases to be consolidated, it is

ORDERED that said Motions to Consolidate be and the same are hereby GRANTED and that these cases be consolidated as provided by Rule 42(a), Federal Rules of Civil Procedure. It is further

ORDERED that the lead case shall be Civil Action 01-D-992-N and the originals of all pleadings, motions, briefs, orders, and other documents shall henceforth be maintained therein.

DONE this the ___3rd___ day of December, 2001.

UNITED STATES DISTRICT JUDGE